1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  JUSTIN E. PINGEL
   Assistant United States Attorney
4  Nevada State Bar No. 10186
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Facsimile: 702-388-6787
   Email: justin.pingel@usdoj.gov
7
   *Attorneys for the United States.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHOLANDA MCGILL, | ) |
| Plaintiff, | ) Case No: 2:14-cv-00137-RCJ-VCF |
| v. | ) |
| ROBERT A. MCDONALD, Secretary of Veterans Affairs, | ) |
| Defendant. | ) |

**FEDERAL DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

Federal Defendant Robert A. McDonald, Secretary of Veterans Affairs, respectfully requests an extension of time of seven (7) days until June 15, 2015, to file a response to Plaintiff's Amended Complaint (ECF #28). A response is currently due June 8, 2015.

In support of the instant Motion, the United States submits the following:

1. This Motion is brought in order to accommodate the undersigned counsel for the Federal Defendant.

1

2. On May 7, 2015, the Court granted Federal Defendant's Partial Motion to Dismiss (ECF #18), and granted Plaintiff leave to amend her disability discrimination cause of action (ECF #25). On May 21, 2015, Plaintiff filed an Amended Complaint (ECF #28). A response is due June 8, 2015.

3. This extension of time is needed to allow Government counsel additional time to communicate with his client and provide an adequate response to Plaintiff's Amended Complaint.

4. Government counsel contacted Plaintiff's counsel on June 8, 2015, and Plaintiff does not oppose this extension request.

5. The instant motion is filed in good faith and not for the purposes of undue delay.

WHEREFORE, for the above reasons, the Federal Defendant respectfully requests the instant Motion extending time to file a response to Plaintiff's Amended Complaint for seven (7) days until June 15, 2015, be granted.

Respectfully submitted this 8th day of June 2015.

DANIEL G. BOGDEN
United States Attorney

 */s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE
DATED:   June 8, 2015

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **FEDERAL DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** on this date by the below identified method of service:

**Electronic Case Filing:**

Erica D Loyd
Patrick W Kang
Kang & Associates, PLLC
eloyd@acelawgroup.com
pkang@acelawgroup.com

*Attorneys for Plaintiff.*

Dated this 8th day of June 2015.

*/s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney