**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SHOLANDA MCGILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT A. MCDONALD, Secretary of Veteran Affairs,<br><br>　　　　　Defendant. | 2:14-cv-00137-RCJ-VCF<br>**ORDER** |

　　　Before the court is the Notice Requesting Assignment to Early Neutral Evaluation Program (#38).

　　　IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., February 2, 2016, in courtroom 3D.

　　　DATED this 27th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE